CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
JUL 23 2009
JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| RUTH SULLIVAN,<br>        *Plaintiff,*<br><br>v.<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,<br>        *Defendant.* | CIVIL NO. 3:08CV00045<br><br>**ORDER**<br><br>JUDGE NORMAN K. MOON |

This matter is before the Court upon the parties' cross motions for summary judgment (docket no. 14, 16), the Report and Recommendation of U.S. Magistrate Judge B. Waugh Crigler (docket no. 18), and Sullivan's objections thereto (docket no. 19). For the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1. The Report and Recommendation of the U.S. Magistrate Judge shall be **ADOPTED** in its entirety;

2. The Commissioner's decision is **AFFIRMED** and his motion for summary judgment is **GRANTED**;

3. Sullivan's motion for summary judgment is **DENIED**;

4. This case is **TERMINATED** and **STRICKEN** from the Court's active docket.

The Clerk of the Court is hereby directed to send a certified copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

ENTER: This 23rd day of July, 2009.

                 _/s/ Norman K. Moon_
                 NORMAN K. MOON
                 UNITED STATES DISTRICT JUDGE